UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTATE OF FRANK B. LYNOTT, by and through BRUCE R. MOEN, personal representative;<br><br>Plaintiff,<br><br>v.<br><br>LAURIE A. LUCKOVICH, individually; et al.;<br><br>Defendants. | No. 2:14-cv-00503-RSL<br><br>**ORDER GRANTING MOTION FOR ORDER SETTING A DEADLINE FOR APPEARANCE OF DEFENSE COUNSEL AND LIFTING STAY** |

This matter comes before the Court on the Estate of Frank Lynott's Motion for an Order Setting a Deadline for Appearance of Defense Counsel and Lifting Stay.

NOW, THEREFORE, the Court hereby GRANTS the Estate's motion.

IT IS HEREBY ORDERED THAT within twenty-one (21) days of the date of this order, each natural defendant is required either to appear through counsel, or file a notice of intent to proceed *pro se*, providing in said notice said individual's residence address and telephone number for the use of the Court and other parties.  LCR 83.2(b)(1).  With respect to

ORDER GRANTING MOTION FOR AN ORDER
SETTING A DEADLINE FOR APPEARANCE OF
DEFENSE COUNSEL AND LIFTING STAY         - 1
 2:14-cv-00503-RSL

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
FOURTH & BATTERY BUILDING
2401 Fourth Avenue, Suite 850
SEATTLE, WASHINGTON 98121
(206) 706-8148

1  defendant Investors Choice Real Estate, LLC, that entity is required to appear through counsel
2  as set forth in LCR 83.2(b)(3) within the same 21 day period.
3      IT IS FURTHER HEREBY ORDERED THAT the stay imposed on this case by the
4  order filed at Dkt. 247 shall expire and is lifted at the conclusion of the same 21 day period.
5      IT IS FURTHER HEREBY ORDERED THAT within 30 days of the appearance of
6  new counsel for defendants, or their appearance *pro se*, the parties shall meet and confer and
7  submit to the Court a new joint status report identifying revised discovery cutoff and trial
8  dates, as specified by this Court in its August 5, 2016 Order, p. 3, ll. 3 to 6.  (Dkt. 247.)
9
10      Dated this 23rd day of February, 2017.
11
12  *[signature]*
13      Robert S. Lasnik
14      United States District Judge
15
16
17
18
19
20
21
22
23
24
25

ORDER GRANTING MOTION FOR AN ORDER
SETTING A DEADLINE FOR APPEARANCE OF
DEFENSE COUNSEL AND LIFTING STAY      - 2
2:14-cv-00503-RSL

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
FOURTH & BATTERY BUILDING
2401 Fourth Avenue, Suite 850
SEATTLE, WASHINGTON 98121
(206) 706-8148